**Abram MELIKSETIAN, Plaintiff—Appellant,**

v.

**UNITED STATES of America, Defendant—Appellee.**

No. 02–56211.

D.C. No. CV–02–01374–WMB.

United States Court of Appeals, Ninth Circuit.

Submitted April 7, 2003.*

Decided April 21, 2003.

Before RYMER, KLEINFELD, and FISHER, Circuit Judges.

MEMORANDUM**

Abram Meliksetian appeals pro se the district court's dismissal of his Fed. R.Crim.P. 41(e) motion for the return of property seized by the Federal Bureau of Investigations. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo. *United States v. Marolf,* 173 F.3d 1213, 1216 (9th Cir.1999) (dismissal of a Fed.R.Crim.P. 41(e) motion); *Hawkins v. Risley,* 984 F.2d 321, 323 (9th Cir.1993) (per curiam) (application of res judicata). We affirm.

The district court properly dismissed Meliksetian's Fed.R.Crim.P. 41(e) motion

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Meliksetian's request for oral argument is denied.

\*\* This disposition is not appropriate for publication and may not be cited to or by the

on res judicata grounds because he unsuccessfully raised identical issues against the same parties in a prior proceeding that resulted in final judgment. *See Stratosphere Litig. L.L.C. v. Grand Casinos, Inc.,* 298 F.3d 1137, 1143 n. 3 (9th Cir. 2002) (citations omitted).

**AFFIRMED.**

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

